FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
MICHAEL L. MARX, ESQUIRE - State Bar #77318
TOM PROUNTZOS, ESQUIRE - State Bar #209409
JENKINS GOODMAN NEUMAN & HAMILTON
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendants, MARK J. ALBRECHT and MARK J. ALBRECHT ACCOUNTANCY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership,<br><br>        Plaintiff,<br><br>vs.<br><br>ZENITH CAPITAL LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER, (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREGG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); MARVIN FRIEDMAN; MILTON LOHR; PAUL LEVY; KENNETH WIDDER; MARK J. ALBRECHT; MARK J. ALBRECHT ACCOUNTANCY CORPORATION; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. C 04 2239 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS MARK J. ALBRECHT AND MARK J. ALBRECHT ACCOUNTANCY CORPORATION'S EX PARTE REQUEST FOR ORDER SHORTENING TIME TO HEAR MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF ON ~~MAY 20, 2005~~ May 27, 2005<br><br>Dept.: 2, 17th Floor<br>Judge Jeffrey S. White |

Jenkins Goodman
Neuman & Hamilton
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

1  The court having considered all moving and opposing papers, and GOOD CAUSE
2  EXISTING, Defendants Mark J. Albrecht and Mark J. Albrecht Accountancy
3  Corporation's Ex Parte Request for Order Shortening Time to Hear Motion to Modify
4  Scheduling Order to Extend Discovery Cutoff on May ~~20~~ 27, 2005 is hereby granted.

5  THEREFORE, Defendants Mark J. Albrecht and Mark J. Albrecht Accountancy
6  Corporation's Motion to Modify the Scheduling Order to Extend the Discovery Cutoff,
7  which is currently noticed for June 24, 2005 at 9:00 A.M., will be heard on ~~May 20, 2005~~ May 27, 2005
8  in Department 17 of the above-entitled court, located at 450 Golden Gate Avenue, San
9  Francisco, California at 9:00 A.M.

DATED: April 25, 2005            /s/ Jeffrey S. White
                                 _____
                                 THE HONORABLE JEFFREY S. WHITE
                                 JUDGE, UNITED STATED DISTRICT COURT

f:\docs\fjn\bradley v. zenith, et al\motion to modify scheduling order\proposed order granting ex parte request for order shortening time.doc

Jenkins Goodman
Neuman & Hamilton
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

1

~~PROPOSED~~ ORDER GRANTNG DEFENDANTS MARK J. ALBRECHT AND MARK J. ALBRECHT ACCOUNTANCY CORPORATION'S EX PARTE REQUEST FOR ORDER SHORTENING TIME TO HEAR MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF ON MAY 20, 2005