1  FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
   MICHAEL L. MARX, ESQUIRE - State Bar #77318
2  TOM PROUNTZOS, ESQUIRE - State Bar #209409
   JENKINS GOODMAN NEUMAN & HAMILTON
3  417 Montgomery Street, 10th Floor
   San Francisco, California 94104
4  Telephone: (415) 705-0400
   Facsimile: (415) 705-0411
5
   Attorneys for Defendants, MARK J. ALBRECHT and MARK J. ALBRECHT
6  ACCOUNTANCY CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CHARLES O. BRADLEY TRUST,
   LINDA L. BRADLEY TRUST, KEN &           Case No. C 04 2239 JSW
12 SHARON BURGE TRUST, BRAD
   MARTIN BURGE, SCOTT & NOA L.            [~~PROPOSED~~] ORDER GRANTING
13 DYKSTRA, RONALD C. HALL,                DEFENDANTS MARK J.
   RENTAL CENTER PROPERTIES, a             ALBRECHT AND MARK J.
14 California Partnership,                 ALBRECHT ACCOUNTANCY
                                           CORPORATION'S MOTION TO
15                    Plaintiff,           MODIFY SCHEDULING ORDER
                                           TO EXTEND DISCOVERY
16 vs.                                     CUTOFF

17 ZENITH CAPITAL LLC; TASKER              Date: ~~June 24, 2005~~
   COOPER SMITH/ZENITH GROUP LTD;          Time: 9:00 a.m.
18 TASKER COOPER SMITH/ZENITH              Dept.: 2, 17th Floor
   GROUP LLC; PISENTI & BRINKER            Judge Jeffrey S. White
19 LLP; RICK LANE TASKER, (aka Rick
   Tasker); MARTEL JED COOPER (aka Jed
20 Cooper); GREGG SMITH; IRWIN S.
   ROTHENBERG (aka Irv Rothenberg);
21 MARVIN FRIEDMAN; MILTON LOHR;
   PAUL LEVY; KENNETH WIDDER;
22 MARK J. ALBRECHT; MARK J.
   ALBRECHT ACCOUNTANCY
23 CORPORATION; and DOES 1 through 50,
   inclusive,
24
                      Defendants.
25

26

Jenkins Goodman
Neuman & Hamilton
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

1  Defendants Mark J. Albrecht and Mark J. Albrecht Accountancy Corporation's
2  Motion to Modify the Scheduling Order to Extend the Discovery Cutoff ~~came on for~~
3  ~~hearing on June 24, 2005 at 9:00 A.M. in Department 17 of the above entitled court~~. The
4  court having considered all moving and opposing papers, and argument of counsel, and
5  GOOD CAUSE EXISTING,
6  IT IS HEREBY ORDERED that Mark J. Albrecht and Mark J. Albrecht
7  Accountancy Corporation's Unopposed Motion to Modify the Scheduling Order to Extend the
8  Discovery Cutoff is granted:
9  The current discovery cutoff of August 1, 2005 is extended to  March 16, 2006  to
10 permit Mark J. Albrecht and Mark J. Albrecht Accountancy Corporation sufficient time to
11 complete discovery. The hearing date of May 27, 2005 is HEREBY VACATED.

12 DATED: May 9, 2005          /s/ Jeffrey S. White
13
14                              THE HONORABLE JEFFREY S. WHITE
15                              JUDGE, UNITED STATED DISTRICT COURT

f:\docs\fjn\bradley v. zenith, et al\motion to modify scheduling order\proposed order.doc

Jenkins Goodman
Neuman & Hamilton
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

1

~~PROPOSED~~ ORDER GRANTING DEFENDANTS MARK J. ALBRECHT AND MARK J. ALBRECHT ACCOUNTANCY CORPORATION'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF

# PROOF OF SERVICE

**CASE NAME:** *Bradley O. Bradley Trust, et al. v. Zenith Capital LLC, et al.*
**CASE NUMBER:** C 04 02239 JSW
**DATE OF SERVICE:** April 22, 2005
**DESCRIPTION OF DOCUMENTS SERVED:**

**[PROPOSED] ORDER GRANTING DEFENDANTS MARK J. ALBRECHT AND MARK J. ALBRECHT ACCOUNTANCY CORPORATION'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF**

**SERVED ON THE FOLLOWING:**

| | |
|---|---|
| Glendon W. Miskel, Esq.<br>Gerald L. Williams, Esq.<br>JOHNSON & MISDEL<br>2330 Marinship Way, Suite 230<br>Sausalito, CA 94965-2800<br>415.332.1192 fax | A. Daniel Bacalski, Jr., Esq.<br>Paul C. Johnson, Jr., Esq.<br>Douglas A. Dube, Esq.<br>BACALSKI, BAILEY, KOSKA & OTTOSON, LLP<br>402 West Broadway, 24th Floor<br>P.O. Box 120270<br>San Diego, CA 92112-0270<br>619.239.0116 fax |
| John F. Friedemann, Esq.<br>FRIEDEMANN GOLDBERG LLP<br>420 Aviation Blvd., Suite 201<br>Santa Rosa, CA 95403<br>707.543.4910 fax | |

I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Jenkins Goodman Neuman & Hamilton, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. On the date stated above, I served a true copy of the document(s) described above, by mail, by placing said document(s) in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Jenkins Goodman Neuman & Hamilton. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document(s) would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with postage thereon fully prepaid for first class mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated above.

Nikki Sands

f:\docs\fjn\bradley v. zenith, et al\pleadings\pos.doc

-1-

PROOF OF SERVICE