A. DANIEL BACALSKI, JR., ESQ. (SBN 056488)
PAUL C. JOHNSON, JR., ESQ. (SBN 189311)
DOUGLAS A. DUBE, ESQ. (SBN 177674)
BACALSKI, BAILEY, KOSKA & OTTOSON, LLP
402 West Broadway, 24th Floor
P.O. Box 120270
San Diego, CA 92112-0270

619-239-4340/Fax 619-239-0116

Attorneys for Defendants Zenith Capital, LLC;
Tasker Cooper Smith/Zenith Group, Ltd;
Tasker Cooper Smith/zenith Group, LLC;
Rick Tasker; Jed Cooper; and Gregg Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZENITH CAPITAL LLC, et al., <br><br> Defendants. | Case No.: C 04 2239 BZ <br><br> STIPULATION AND ORDER TO PROTECT THE CONFIDENTIALITY OF DOCUMENTS CONTAINING DEFENDANTS' FINANCIAL INFORMATION TO BE PRODUCED TO PLAINTIFFS' COUNSEL |

This Stipulation is entered into by and between Plaintiffs Charles O. Bradley Trust, Linda L. Bradley Trust, Ken & Sharon Burge Trust, Brad Martin Burge, Scott & Noa L. Dykstra, Ronald C. Hall, and Rental Center Properties (collectively "Plaintiffs"), and Defendants Zenith Capital LLC, Tasker Cooper Smith/Zenith Group Ltd, Tasker Cooper Smith/Zenith Group LLC, Rick L. Tasker, M. Jed Cooper, M. Gregg Smith, Pisenti & Brinker LLP, and Irwin S. Rothenberg (collectively "Defendants") by and through their respective counsel of record.

On or about May 3, 2005, the Court issued its Order Granting In Part Plaintiffs' Motion To Obtain Discovery Of Finances Of Defendants ("Order"). Pursuant to such Order, Defendants are required to "produce to Plaintiffs documents sufficient to establish their net worth and financial condition from 2004 to present." Such documents are to be produced subject to a strict protective order as described in the Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

(1) Documents produced by Defendants pursuant to the Order shall be stamped or otherwise clearly labeled as "Confidential;"

(2) Documents received by Plaintiffs' counsel labeled "Confidential" shall not be circulated to Plaintiffs or the public, and shall be maintained for review by counsel and necessary employees of counsel only, unless further disclosure is authorized by the Court in a subsequent order;

(3) At the conclusion of this litigation (whether by settlement, dispositive motion, or judgment), Plaintiffs' counsel shall destroy all originals and copies of documents produced by Defendants which were produced pursuant to the Order and subject to this Stipulation and Protective Order;

(4) In the event that Defendants fail to label as "Confidential" any document that is properly subject to this Stipulation and Protective Order, at the request of counsel for Defendants, Plaintiffs' counsel shall retrieve any such document, including all copies. Counsel for Plaintiffs shall either return all such documents to counsel for Defendants or shall destroy all such documents and provide written assurance to counsel for Defendants of such destruction, and counsel for Defendants shall promptly provide to Plaintiffs' counsel replacements bearing the appropriate label.

DATED: June 10, 2005        JOHNSON & MISKEL

By: _____
GERALD L. WILLIAMS
Attorneys for Plaintiffs Charles O. Bradley Trust, Linda L. Bradley Trust, Ken & Sharon Burge Trust, Brad Martin Burge, Scott & Noa L. Dykstra, Ronald C. Hall, and Rental Center Properties

DATED: June 2, 2005         BACALSKI, BAILEY, KOSKA & OTTOSON, LLP

By: _____
A. DANIEL BACALSKI, JR.
DOUGLAS DUBE
Attorneys for Defendants Zenith Capital LLC, Tasker

```
                                    Cooper Smith/Zenith Group LLC, Rick L. Tasker, M. Jed
                                    Cooper, and M. Gregg Smith

DATED: June 7, 2005                 Friedemann O'Brien Goldberg & Zarian LLP

                       By:          /s/ Kyle M. Fisher
                                    JOHN F. FRIEDEMANN
                                    KYLE M. FISHER
                                    Attorneys for Pisenti & Brinker, LLP and
                                    Irwin S. Rothenberg
```

## PROTECTIVE ORDER

Based upon the stipulation of the Parties as set forth herein, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Documents produced by Defendants to Plaintiffs' counsel labeled "Confidential" shall not be circulated to Plaintiffs or the public, and shall be maintained for review by counsel and necessary employees of counsel only, unless further disclosure is authorized by the Court in a subsequent order; and;

(2) At the conclusion of this litigation (whether by settlement, dispositive motion, or judgment), Plaintiffs' counsel shall destroy all originals and copies of documents produced by Defendants which were produced pursuant to the Order and subject to this Stipulation and Protective Order.

IT IS SO ORDERED

DATED: June 15, 2005

Honorable [Jeffrey S. White]
United States [District Judge]

APPROVED
Judge Edward M. Chen