UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH CAPITAL LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREGG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); MARVIN FRIEDMAN; MILTON LOHR; PAUL LEVY; KENNETH WIDDER; MARK J. ALBRECHT; MARK J. ALBRECHT ACCOUNTANCY CORPORATION; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C 04 2239 JSW<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br><br><br>Judge: JUDGE JEFFREY S. WHITE |

Thomas M. Connelly, an active member in good standing of the bar of Arizona, whose business address and telephone number is 2425 East Camelback Road, Suite 880, Phoenix, Arizona 85016, (602) 957-1993, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Paul Levy and Milton Lohr,

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/648216.1

1

Case No. C 04 2239 JSW
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 5, 2005

/s/ Jeffrey S. White
Hon Jeffrey S. White
United States District Court Judge

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/648216.1

2

Case No. C 04 2239 JSW
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE