| | |
|---|---|
| 1 | SULLIVAN, HILL, LEWIN, REZ & ENGEL |
| | A Professional Law Corporation |
| 2 | Donald G. Rez, SBN 82615 |
| | 550 West "C" Street, Suite 1500 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 233-4100 |
| 4 | Facsimile: (619) 231-4372 |
| 5 | Attorneys for Defendant KENNETH J. WIDDER, M.D. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES O. BRADLEY TRUST, LINDA I. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership, | ) ) ) ) ) ) ) | CASE NO. C 04 2239 JSW |
| Plaintiffs, | ) ) ) | **STIPULATION (1) RE-NOTICING DEFENDANT DR. KENNETH WIDDER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 9(b), 12(b)(6) or ALTERNATIVELY MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e), AND AN ALTERNATIVE MOTION TO STRIKE RULE 12(f) AND (2) HAVING DR. WIDDER'S MOTION PAPERS APPLY TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | ) ) ) | |
| ZENITH CAPITAL LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); MARVIN FRIEDMAN; MILTON LOHR; PAUL LEVY; KENNETH WIDDER; MARK J. ALBRECHT; MARK J. ALBRECHT ACCOUNTANCY CORPORATION; and DOES 1 through 50, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) ) ) | Date: November 4, 2005 Time: 9:00 a.m. Courtroom: 2, 17th Floor Hon. Jeffrey S. White |
| Defendants. | ) ) | |

This stipulation is predicated on the following:

- Whereas Dr. Widder filed a Motion to Dismiss Plaintiff's First Amended Complaint on June 30, 2005.

- Whereas plaintiffs filed a Second Amended Complaint which amended the First Amended Complaint as to claims against Mark J. Albrecht and Mark J. Albrecht Accounting Corporation on July 1, 2005.

1         •   Whereas the Second Amended Complaint made no changes to any allegations as they

2           relate to claims made against Dr. Widder.

3     IT IS HEREBY STIPULATED by and between plaintiffs and defendant Dr. Kenneth Widder

4 that Dr. Kenneth Widder's:

5         •   Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint

6           pursuant to F.R.C.P. Rule 9(b), 12(b)(6), or Alternatively Motion for a More Definite

7           Statement Pursuant to Rule 12(e), and Alternative Motion to Strike (Rule 12 (f));

8         •   Memorandum of Points and Authorities in support of Motion to Dismiss Plaintiff's

9           First Amended Complaint pursuant to F.R.C.P. Rule 9(b) or Alternative Motion for a

10           More Definite Statement Pursuant to Rule 12(e), and Alternative Motion to Strike

11           (Rule 12 (f));

12         •   Request for Judicial Notice in Support of Defendants' Reply Memorandum in

13           Support of Motion to Dismiss and Strike Portions of Plaintiff's Complaint; and

14         •   [Proposed] Order granting Defendant Dr. Kenneth Widder's Motion to Dismiss

15           Plaintiff's First Amended Complaint pursuant to F.R.C.P. Rule 9(b), 12(b)(6), or

16           Alternatively Motion for a More Definite Statement Pursuant to Rule 12(e), and

17           Alternative Motion to Strike (12(f))

18     are applicable to plaintiff's Second Amended Complaint and shall be deemed filed as to the

19 Second Amended Complaint and said motions shall be heard on November 4, 2005 at 9:00 a.m. in

20 Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco,

21 California.

22     IT IS SO STIPULATED.

23 Dated:       _____         JOHNSON & MISKEL

24

25                         By:  _____

26                             Glendon W. Miskel, Esq.
                             Gerald L. Williams, Esq.

27                              Attorneys for Plaintiffs

28

Dated:     July 13, 2005

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation


By:     /s/ Donald G. Rez
        Donald G. Rez
        Attorneys for Dr. Kenneth Widder


          IT IS SO ORDERED.

DATED:   July 14, 2005

          /s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
JUDGE, UNITED STATES DISTRICT COURT