IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>ZENITH CAPITAL LLC,<br><br>    Defendant.<br>_____/ | No. C 04-02239 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PENDING MOTIONS** |

    This matter is currently set for a hearing on November 4, 2005, on motions to dismiss and a motion to stay this action. The Court HEREBY ORDERS that the opposition briefs shall be due on August 19, 2005, and reply briefs, if any, shall be due on August 26, 2005.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 28, 2005

                                                             JEFFREY S. WHITE<br>
                                                           UNITED STATES DISTRICT JUDGE