```
Glendon W. Miskel (SBN 069794)
Gerald L. Williams (SBN 068254)
JOHNSON & MISKEL
2330 Marinship Way, Suite 230
Sausalito, California 94965-2800
Telephone:   415-332-0222
Facsimile:   415-332-1192

Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership,
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al, | Case No.: C 04 2239 JSW (EMC) |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF DEFENDANT KENNETH WIDDER** |
| vs. | |
| ZENITH CAPITAL LLC; et al, | |
| Defendants. | |

Plaintiffs CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership ("Plaintiffs"), and defendant KENNETH WIDDER ("Widder"), through their attorneys of record, agree and stipulate that an order dismissing Widder may be entered on the following terms and conditions:

1. Dismissal without Prejudice. A dismissal without prejudice of each and every cause of action by plaintiffs may be entered in favor of Widder.

2. Tolling of Applicable Statues of Limitations. Any and all statues of limitations applicable to the commencement of litigation against Widder by plaintiffs based on claims

1 arising out of Widder's membership in LF Global Investments, LLC a California Limited
2 Liability Company, whether resulting from negligence or otherwise, are tolled from the date of
3 filing of the order approving this dismissal.
4     3. Dismissal with Prejudice. The dismissal approved by the court pursuant to
5 paragraph 1 above shall automatically become a dismissal with prejudice upon the happening
6 of the earlier of either:
7     A. A final judgment as to each and every cause of action by plaintiffs is entered in this
8 action, or;
9     B. Widder executes and complies with a settlement agreement with the court appointed
10 receiver that is both approved by the court in that certain action entitled Securities and
11 Exchange Commission v. Global Money Management, L.P., LF Global Investments, LLC,
12 and Marvin I. Friedman, Case No. 04CV00521 BTM (WMC) ("the SEC action") in the
13 United States District Court, Southern District of California, which substantially conforms to
14 the material (but not necessarily procedural) terms contained in the document entitled
15 "Settlement Agreement with Receiver" provided to plaintiffs by Widder in a letter from
16 Widder dated July 1, 2005 with the following exception: Paragraph "M" shall be modified to
17 read as follows: "In January, 2001 WCV received an investment of $2,000,000 which it
18 recorded as an investment by Zenith Investors One LLC. The Receiver, on behalf of GMM
19 and LF Global, asserts that this investment is the property of the Receiver as the funds were
20 the funds of GMM/LF, the investment was made by LF Global, and the Receiver claims that
21 Zenith Investors One LLC has no interest in WCV and claims that the funds came from LF
22 Global and the investment was made by LF Global.";
23     C. A final judgment as to each and every cause of action is entered in the SEC action.
24     4. Nothing herein prohibits a challenge by plaintiffs in a forum they may deem
25 appropriate to any distribution of assets made by Windamere and Widder shall give plaintiffs
26 sufficient notice prior to any such distribution.
27
28

SO STIPULATED.

JOHNSON & MISKEL

Dated: August 15, 2005

_____
Glendon W. Miskel
Gerald L. Williams
Attorneys for Plaintiffs

SULLIVAN, HILL, LEWIN, REZ & ENGEL

Dated: August 15, 2005

_____
Donald G. Rez, Esq.
Attorneys for Defendant Kenneth Widder

IT IS SO ORDERED

DATED: August 15, 2005

_____
UNITED STATES DISTRICT JUDGE