Glendon W. Miskel (SBN 069794)
Gerald L. Williams (SBN 068254)
JOHNSON & MISKEL
2330 Marinship Way, Suite 230
Sausalito, California 94965-2800
Telephone: 415-332-0222
Facsimile: 415-332-1192

Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al, <br><br>Plaintiffs, <br><br>vs. <br><br>ZENITH CAPITAL LLC; et al, <br><br>Defendants. | Case No.: C 04 2239 JSW (EMC) <br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MARVIN FRIEDMAN** |

This stipulation is made by and among CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership ("Plaintiffs") by their attorneys, Johnson & Miskel, and MARVIN FRIEDMAN ("Defendant") by his attorneys, Seltzer, Caplan, McMahon, Vitek.

**RECITALS**

A. Plaintiffs have filed the above-entitled action against Defendant ("Plaintiffs' Action") based on allegations arising from Defendant's management of Global Money Management.

B. Defendant has entered into a Settlement Agreement with the receiver in that certain action filed in the Federal District Court, Southern District of California, entitled S*EC vs. Global Money Management, et al*,Case No. 04 CV 00521 BTM, ("SEC action") based on allegations arising from Defendant's management of Global Money Management. That Settlement Agreement has been approved by that court and a redacted version was filed on March 30, 2005.

C. Defendant has been charged with crimes and indicted by the United States Attorney ("Criminal Action") based on allegations arising from Defendant's management of Global Money Management.

D. Defendant has filed a motion to stay Plaintiffs' Action which motion is set to be heard on November 4, 2005.

E. Plaintiffs and Defendant desire to toll the statutes of limitations that may apply to Plaintiffs' Action in order to allow the Settlement Agreement to be fully executed by defendant and the Criminal Action to be fully concluded.

## TERMS AND CONDITIONS

Plaintiffs and Defendant hereby agree as follows:

**Section 1. Tolling of Applicable Statues of Limitations.** Any and all statues of limitations applicable to the commencement of litigation against Defendant by Plaintiffs based on allegations arising from Defendant's management of Global Money Management, whether resulting from negligence or otherwise, are tolled from the date of this agreement until the earlier of the occurrence of either of the following events:

A. A final judgment or dismissal is entered in Plaintiffs' Action in its entirety, or;

B. A final judgment or dismissal as to Defendant is entered in the SEC Action in its entirety.

**Section 2. Dismissal of Defendant.** Upon execution of this stipulation, Plaintiffs' Action as to Defendant may be dismissed without prejudice. Nothing contained herein shall prevent Plaintiffs from re-commencing litigation against Defendant should they elect to do so prior to the entry of a final judgment described in Section 1 above.

JOHNSON & MISKEL
2030 MARINSHIP WAY
SUITE 230, MARINA OFFICE PLAZA
SAUSALITO, CA 94965-2800
TELEPHONE (415) 332-0222

Section 3. Court Order. An order of court approving this agreement will operate as a dismissal of Defendant.

SO STIPULATED.

JOHNSON & MISKEL

Dated: August 18, 2005

Glendon W. Miskel
Gerald L. Williams
Attorneys for Plaintiffs

Seltzer/Caplan/McMahon/Vitek

Dated: August 18, 2005

J. Scott Scheper
Attorneys for Defendant Marvin Friedman

IT IS SO ORDERED

DATED: August 19, 2005

Jeffrey S. White
UNITED STATES DISTRICT JUDGE