Glendon W. Miskel (SBN 069794)
Gerald L. Williams (SBN 068254)
JOHNSON & MISKEL
2330 Marinship Way, Suite 230
Sausalito, California 94965-2800
Telephone:   415-332-0222
Facsimile:   415-332-1192

Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ZENITH CAPITAL LLC; et al, <br><br> Defendants. | Case No.: C 04 2239 JSW (EMC) <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT ALBRECHT TO PRODUCE DOCUMENTS** |

Having considered the parties' briefs and accompanying submissions as well as the oral argument of counsel, and good cause appearing therefor the Court hereby GRANTS plaintiffs' motion to compel defendant Mark J. Albrecht Accountancy Corporation to produce to all parties in this action each and every and all documents claimed as privileged by reason of a right of privacy as more fully described in the 71 page "Document Index and Privilege Log" served by Albrecht on June 8, 2005 and attached to the motion as plaintiffs' Ex. C to the Declaration of Counsel filed in support thereof subject to the following conditions:

1. Defendant Albrecht is to redact each and every reference to each investor's social security/tax identification numbers, including those of the plaintiffs in this action.

2. The use of these documents is limited to the parties maintaining any

actions against some or all of the defendants in this action, their counsel and their experts/consultants, as well as other limited partners in Global Money Management LP. Plaintiffs will release the confidential documents to other limited partners only upon request from such a limited partner upon notice to counsel for Albrecht and only after receiving written assurances from that limited partner that the documents will remain confidential pursuant to this order.

3. Plaintiffs shall bear the reasonable and necessary costs of photocopying in order to prepare and produce the redacted documents. Defendant shall bear the cost of the labor to prepare the redacted photocopies.

APPROVED AS TO FORM:

Jenkins Goodman Neuman & Hamilton

by Michael Marx
Attorneys for defendants Albrecht

Johnson & Miskel

by Gerald L. Williams
Attorneys for plaintiffs

IT IS SO ORDERED.

Dated:   September 14, 2005



Edward M. Chen
United States Magistrate Judge