IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>ZENITH CAPITAL LLC, et al.<br><br>    Defendants.<br>_____/ | No. C 04-02239 JSW<br><br>**ORDER VACATING HEARING DATE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

    This matter is currently set for a hearing on November 4, 2005, on Defendant Albrecht's Motion to Dismiss Plaintiffs' Eighth Claim for Relief from Their Second Amended Complaint. The Court HEREBY VACATES that hearing date and will advise the parties if a further hearing date is necessary.

    The case management conference set for November 4, 2005, following the hearing is continued to December 16, 2005 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 6, 2005

                                                                                                         */s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE