```
 1  JOHN F. FRIEDEMANN (SBN 115632)
    KYLE M. FISHER (SBN 127334)
 2  FRIEDEMANN GOLDBERG LLP
    420 Aviation Boulevard, Suite 201
 3  Santa Rosa, California 95403
    Telephone: (707) 543-4900
 4  Facsimile: (707) 543-4910

 5  Attorneys for Defendants
    IRWIN S. ROTHENBERG and
 6  PISENTI & BRINKER LLP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ZENITH CAPITAL LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER, (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREGG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 04 2239 JSW (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO COMPEL DEFENDANT ROTHENBERG TO PRODUCE DOCUMENTS<br><br>DATE: December 21, 2005<br>TIME: 10:30 A.M.<br>PLACE: Courtroom C<br>Edward M. Chen |

### STIPULATION

Plaintiffs Charles O. Bradley Trust, et al. ("Plaintiffs"), by and through one of their attorneys of record, Gerald L. Williams, Esq., and Defendant Irwin S. Rothenberg ("Rothenberg") by and through one of his attorneys of record, Kyle M. Fisher, Esq., hereby

stipulate as follows:

1. The motion to compel the production of documents by Rothenberg filed by Plaintiffs (the "Motion") is currently scheduled to be heard on December 21, 2005.

2. Due to counsel for Rothenberg's unavailability on December 21, 2005, the parties have agreed to continue the hearing date on the Motion to January 4, 2006.

3. The parties have agreed that Rothenberg's opposition to the Motion shall be due on or before December 2, 2005.

4. The parties have agreed that Plaintiffs' reply in support of the Motion shall be due on or before December 16, 2005.

5. On September 7, 2005, Plaintiffs' counsel inspected at the offices of Rothenberg's counsel documents listed on Rothenberg's privilege log which were redacted to omit the names of clients, the amounts of their investments in Global Money Management ("GMM") and information related to investments other than in GMM (the "Redacted Format"). The inspection was made without a waiver of Rothenberg's right to object to the production of the documents. The parties have agreed that the Motion seeks to compel the production of the documents inspected by counsel for Plaintiffs on September 7, 2005 and any other documents in Rothenberg's possession related to clients who invested in GMM in the Redacted Format only.

IT IS SO AGREED.

DATED: November 28, 2005        FRIEDEMANN GOLDBERG LLP

_____
KYLE M. FISHER
Attorneys for Defendants
IRWIN S. ROTHENBERG and PISENTI &
BRINKER LLP

DATED: November 28, 2005        JOHNSON & MISKEL

_____
GERALD WILLIAMS
Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST, LINDA L.
BRADLEY TRUST, KEN & SHARON BURGE
TRUST, BRAD MARTIN BURGE, SCOTT &
NOA L. DYKSTRA, RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO COMPEL
DEFENDANT ROTHENBERG TO PRODUCE DOCUMENTS

**PROPOSED ORDER**

The Court having read and considered the Stipulation of the parties and good cause appearing therefore, hereby orders as follows:

1. The hearing on Plaintiffs' Motion to Compel Production of Documents by Defendant Rothenberg (the "Motion") currently scheduled for December 21, 2005 is continued to January 4, 2005 at 10:30 a.m. in Courtroom "C" of this Court.

2. Any opposition to the Motion shall be due on or before December 2, 2005.

3. Any reply in support of the Motion shall be due on or before December 16, 2005.

IT IS SO ORDERED.



_____
UNITED STATES MAGISTRATE

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO COMPEL DEFENDANT ROTHENBERG TO PRODUCE DOCUMENTS