A. Daniel Bacalski, Jr. (SBN 056488)
Paul C. Johnson, Jr. (SBN 189311)
Douglas A. Dubé (SBN177674)
**BACALSKI & OTTOSON, LLP**
402 West Broadway, 24th Floor
P.O. Box 120270
San Diego, CA 92112-0270
619-239-4340/Fax 619-239-0116

Attorneys for Defendants Zenith Capital, LLC;
Tasker Cooper Smith/Zenith Group, LLC;
Rick Tasker; Jed Cooper; and Gregg Smith

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ZENITH CAPITAL, LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREGG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. C 04 02239 JSW<br>Related Case No: C0403112 MMC<br><br>Judge: Jeffrey S. White<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Counsel for Defendants Zenith Capital, LLC, Tasker Cooper Smith/Zenith Group LLC, Rick Tasker, Jed Cooper, and Gregg Smith, whose office is in San Diego, California, hereby requests that the Court allow their telephonic participation at the Case Management Conference scheduled in this case on December 16, 2005.

////

////

////

| | |
|---|---|
| 1 | The undersigned counsel of record will be available on the day of the hearing at |
| 2 | land line number (619) 239-4340 from 1:30 p.m. until it receives the Court's call. |
| 3 | |
| 4 | DATED: December 2, 2005    **BACALSKI & OTTOSON, LLP** |

*[Signature: Douglas Dubé]*

A. Daniel Bacalski, Jr., Esq.
Paul C. Johnson, Jr., Esq.
Douglas A. Dubé, Esq.
Attorneys for Defendants Zenith Capital LLC, Tasker Cooper Smith/Zenith Group LLC, Rick Tasker, Jed Cooper, and Gregg Smith

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jeffrey S. White]*

K:\ZENITH v. GMM\Case.BRADLEY\PLEADINGS\Request for Telephonic CMC Appearance.120205.wpd

Page 2 of 2

BACALSKI & OTTOSON, LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340

REQUEST FOR TELEPHONIC APPEARANCE