UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ZENITH CAPITAL LLC, *et al.*, <br><br> Defendants. <br> _____/ | No. C-04-2239 JSW (EMC) <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT ROTHENBERG TO PRODUCE DOCUMENTS AND VACATING HEARING ON JANUARY 4, 2006** <br><br> **(Docket No. 129)** |

Pending before the Court is Plaintiffs' motion to compel Defendant Irwin Rothenberg to produce documents on the Rothenberg Privilege Log listed as items numbered 1 through 148, and items numbered 149, 150, 151, 155, 156, 158, 159, 160, 161, 162, 163, and 164. Having considered the parties' briefs and accompanying submissions, the Court finds the matter appropriate for decision without oral argument and hereby GRANTS Plaintiffs' motion to compel. The documents are relevant for the reasons stated in Plaintiffs' papers. The privacy concerns relating to third parties are met by redaction of personal identifying information. Moreover, all documents are to be produced under a protective order.

Rothenberg shall produce documents numbered 1 through 148 on the privilege log in the redacted form based on the inspection by Plaintiffs' counsel on September 7, 2005, *i.e.*, redacting personal and financial information of third party clients other than investments in Global Money Management LLP. Rothenberg shall also produce documents numbered 149, 150, 151, 155, 156, 158, 159, 160, 161, 162, 163, and 164 on the privilege log. Rothenberg shall produce by January 10,

2006 these documents under protective order providing for use only in this litigation absent stipulation or court order otherwise.

This order disposes of Docket No. 129. This order further vacates the hearing on this matter set for January 4, 2006 at 10:30 a.m.

IT IS SO ORDERED.

Dated: January 3, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

2