1  Thomas M. Connelly, claimant@aol.com
       Admitted *Pro Hac Vice* (Arizona Bar No. 012987)
2  **Law Offices of Thomas M. Connelly**
   2425 E. Camelback Road, Suite 880
3  Phoenix, Arizona 85016
   Telephone:    +1 602 957 1993
4  Facsimile:    +1 602 957 2137

5  Colin H. Murray, colin.h.murray@bakernet.com (SBN 159142)
   **Baker & McKenzie LLP**
6  101 West Broadway, Twelfth Floor
   San Diego, CA 92101-3890
7  Telephone: +1 619 236 1441
   Facsimile: +1 619 236 0429

8
   Attorneys for Defendants
9  MILTON LOHR and PAUL LEVY

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership, <br><br> Plaintiffs, <br><br> v. <br><br> ZENITH CAPITAL LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREGG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); MARVIN FRIEDMAN; MILTON LOHR; PAUL LEVY; KENNETH WIDDER; MARK J. ALBRECHT; MARK J. ALBRECHT ACCOUNTANCY CORPORATION; and Does 1 through 50, inclusive, <br><br> Defendants. | **Case No. C 04 2239 JSW** <br><br> [~~PROPOSED~~] **ORDER GRANTING LEAVE TO APPEAR TELEPHONICALLY AT JOINT CASE MANAGEMENT CONFERENCE** <br><br> **DATE:  1/20/06** <br> **TIME:   9:00 A.M.** |

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/656422.1

1

Case No. C 04 2239 JSW
[~~PROPOSED~~] ORDER GRANTING LEAVE TO APPEAR TELEPHONICALLY

1   Upon review of attorney Thomas M. Connelly's Motion to Appear Telephonically, and for
2   good cause shown,
3   IT IS HEREBY ORDERED granting attorney Thomas M. Connelly leave to appear
4   telephonically for the case management conference being held on January 20, 2006.

5   Dated: January 6, 2006

6   _____
    JUDGE OF THE UNITED STATES
7   DISTRICT COURT, FOR THE NORTHERN
    DISTRICT

8   Counsel shall be available at (602) 957-1993 to receive a telephone call from
9   the Court on Janauary 20, 2006 at 9:00 a.m. until the conference is completed.

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/656422.1

2

Case No. C 04 2239 JSW
[PROPOSED] ORDER GRANTING LEAVE TO APPEAR TELEPHONICALLY