United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, ET AL., | |
| Plaintiffs, | No. C 04-02239 JSW |
| v. | |
| ZENITH CAPITAL LLC, ET AL., | **NOTICE OF TENTATIVE RULING AND QUESTIONS REGARDING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON JANUARY 20, 2006 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *See* N.D. Civ. L.R. 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively** GRANTS Plaintiffs' motion for leave to file a third amended complaint.

The parties shall each have ten minutes to address the following questions:

1. In Defendants' opposition, they represent that there are "serious attempts underway to resolve" the litigation, but in the joint case management statement, the parties represent that "settlement does not appear to be imminent." Is there a viable settlement amongst the parties to the current lawsuit and would the addition of new parties significantly endanger resolution of this action?

2. Defendants' opposition to the motion appears to argue that the facts do not actually support the theories alleged under the proposed amended complaint. Why are these arguments not more properly the subject of a motion for summary judgment?

3. Do the parties have anything further they wish to address?

Dated: January 17, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2