IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZENITH CAPITAL LLC, ET AL.,<br><br>    Defendants.<br>_____ / | No. C 04-02239 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS REGARDING MOTION TO DISMISS EIGHTH CLAIM FOR RELIEF FROM SECOND AMENDED COMPLAINT AND MOTION TO STRIKE ALLEGATIONS OF FIDUCIARY DUTY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON JANUARY 20, 2006 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *See* N.D. Civ. L.R. 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively** GRANTS the Albrecht Defendants' motion to dismiss the eighth claim for relief without leave to amend and **tentatively** GRANTS the Albrecht Defendants' motion to strike the allegations regarding fiduciary duty.

The parties shall each have ten minutes to address the following questions:

1. Do the Albrecht Defendants move to strike just paragraph 52 subsection (D) of the second amended complaint regarding allegations of fiduciary duty owed to plaintiffs, or do the defendants seek to dismiss the entire cause of action for misrepresentation? What are the specific page and line designations that the Albrecht Defendants move to strike?

2. Can Plaintiffs maintain a cause of action for misrepresentation against the Albrecht Defendants under the holding in *Murphy v. BDO Seidman, LLP*, 113 Cal. App. 4th 687, 694 (2003)?

3. Do the parties have anything further they wish to address?

Dated: January 17, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2