**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES O. BRADLEY TRUST, ET AL.,

    Plaintiffs,

v.

ZENITH CAPITAL LLC, ET AL.,

    Defendants.
_____/

No. C 04-02239 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by May 22, 2006, if possible.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

Dated: January 20, 2006

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE