JOHN F. FRIEDEMANN (SBN 115632)
KYLE M. FISHER (SBN 127334)
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California 95403
Telephone: (707) 543-4900
Facsimile: (707) 543-4910

Attorneys for Defendants
IRWIN S. ROTHENBERG and
PISENTI & BRINKER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, RENTAL CENTER PROPERTIES, a California Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ZENITH CAPITAL LLC; TASKER COOPER SMITH/ZENITH GROUP LTD; TASKER COOPER SMITH/ZENITH GROUP LLC; PISENTI & BRINKER LLP; RICK LANE TASKER, (aka Rick Tasker); MARTEL JED COOPER (aka Jed Cooper); GREGG SMITH; IRWIN S. ROTHENBERG (aka Irv Rothenberg); and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 04 2239 CZ  JSW (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER TO PROTECT CONFIDENTIALITY OF DOCUMENTS PRODUCED IN RESPONSE TO ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT ROTHENBERG TO PRODUCE DOCUMENTS |

This Stipulation is entered by and between Plaintiffs CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KEN & SHARON BURGE TRUST, BRAD MARTIN BURGE, SCOTT & NOA L. DYKSTRA, RONALD C. HALL, and RENTAL

---

1
STIPULATION AND [PROPOSED] ORDER TO PROTECT CONFIDENTIALITY OF DOCUMENTS PRODUCED IN RESPONSE TO ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT ROTHENBERG TO PRODUCE DOCUMENTS

CENTER PROPERTIES (collectively "Plaintiffs") and Defendant Irwin S. Rothenberg ("Rothenberg") by and through their respective counsel of record.

On or about January 3, 2006, the Court issued an Order granting Plaintiffs' motion to compel Defendant Rothenberg to produce documents in redacted form (the "January 3, 2006 Order"). Pursuant to the January 3, 2006 Order, Rothenberg was required to produce the documents "under protective order providing for use only in this litigation absent stipulation or court order otherwise."

**ACCORDINGLY, IT IS STIPULATED AS FOLLOWS:**

1. Documents produced by Rothenberg pursuant to the January 3 Order shall be labeled "Confidential" and identified by bates numbers IR 000870 – IR 0011096 (the "Documents").

2. The Documents and the information contained therein shall be used for purposes of prosecuting, defending or attempting to settle this litigation only.

3. The Documents and the information contained therein shall be disclosed only to the parties to the litigation, their counsel, employees of their counsel, experts retained by the parties, court reporters, and court personnel, as necessary.

4. The Documents may be disclosed during depositions, including those of witnesses in the action to whom disclosure is reasonably necessary and who have agreed to maintain the confidentiality of the Documents in accordance with this Stipulated Protective Order. Pages of transcribed deposition testimony or exhibits to depositions that concern or consist of the Documents shall be separately bound by the court reporter and labeled "Confidential" and shall not be disclosed to anyone not authorized by this Stipulated Protective Order.

5. Absent court order or stipulation, the filing of the Documents in the action shall be under seal and in compliance with Northern District Civil Local Rule 79.5.

6. At the conclusion of the litigation, the Documents and any copies or summaries shall be returned to Rothenberg or, with the permission of Rothenberg, destroyed.

1  Dated: January 20, 2006             FRIEDEMANN GOLDBERG LLP

2                                      By: _____
3                                          KYLE M. FISHER
                                           Attorneys for Defendants
4                                          IRWIN S. ROTHENBERG and
                                           PISENTI & BRINKER LLP
5

6

7

8

9  Dated: January 20, 2006             JOHNSON & MISKEL

10

11                                     By: _____
                                           GERALD L. WILLIAMS
12                                         Attorneys for Plaintiffs
                                           CHARLES O. BRADLEY TRUST,
13                                         LINDA L. BRADLEY TRUST,
                                           KEN & SHARON BURGE TRUST,
14                                         BRAD MARTIN BURGE,
                                           SCOTT & NOA L. DYKSTRA,
15                                         RONALD C. HALL, RENTAL
                                           CENTER PROPERTIES, a California
16                                         Partnership

17

18

19

20

21

22

23

24

25

26

27

28

---
3
STIPULATION AND [PROPOSED] ORDER TO PROTECT CONFIDENTIALITY OF DOCUMENTS
PRODUCED IN RESPONSE TO ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT
ROTHENBERG TO PRODUCE DOCUMENTS

**[PROPOSED] ORDER**

Based on the stipulation of the parties and in accordance with the January 3, 2006 Order and good cause appearing therefore, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Documents produced by Rothenberg pursuant to the January 3 Order shall be labeled "Confidential" and identified by bates numbers IR 000870 – IR 001096 (the "Documents").

2. The Documents and the information contained therein shall be used for purposes of prosecuting, defending or settling this litigation only.

3. The Documents and the information contained therein shall be disclosed only to the parties to the litigation, their counsel, employees of their counsel, experts retained by the parties, court reporters, and court personnel, as necessary.

4. The Documents may be disclosed during depositions, including those of witnesses in the action to whom disclosure is reasonably necessary and who have agreed to maintain the confidentiality of the Documents in accordance with this Stipulated Protective Order. Pages of transcribed deposition testimony or exhibits to depositions that concern or consist of the Documents shall be separately bound by the court reporter and labeled "Confidential" and shall not be disclosed to anyone not authorized by this Stipulated Protective Order.

5. Absent court order or stipulation, the filing of the Documents in the action shall be under seal and in compliance with Northern District Civil Local Rule 79.5.

Dated: January 23, 2006



UNITED STATES MAGISTRATE JUDGE
EDWARD

STIPULATION AND [PROPOSED] ORDER TO PROTECT CONFIDENTIALITY OF DOCUMENTS PRODUCED IN RESPONSE TO ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT ROTHENBERG TO PRODUCE DOCUMENTS