IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O BRADLEY, et al., | No. C 04-2239 MEJ |
| Plaintiff, | **ORDER EXCUSING ALBRECHT'S PRESENCE AT THE APRIL 12, 2006, SETTLEMENT CONFERENCE** |
| vs. | |
| ZENITH CAPITAL LLC, et al., | |
| Defendant. | |

The Court is in receipt of Defendant's letter requesting Mark J. Albrecht's presence be excused from the settlement conference. The Court finds good cause for personally excusing Mr. Albrecht's presence since a representative from his insurance carrier will be present. The Court, however, will require Mr. Albrecht to be available by telephone. If the case is ordered for a further settlement conference, Mr. Albrecht may be required to personally attend if the Court finds his presence necessary to the settlement.

**IT IS SO ORDERED.**

Dated: March 15, 2006

MARIA-ELENA JAMES
United States Magistrate Judge