IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O BRADLEY, et al., | No. C 04-2239 MEJ |
| Plaintiff, | **ORDER REQUESTING THE PRESENCE OF THE PARTIES' RESPECTIVE ATTORNEYS IN THIS MATTER ONLY AT THE APRIL 12, 2006, 10:00 A.M. SETTLEMENT CONFERENCE** |
| vs. | |
| ZENITH CAPITAL LLC, et al., | |
| Defendant. | |

On April 5, 2006, this Court held a telephonic conference call with Gerald L. Williams appearing on behalf of Plaintiffs, Daniel Bacalski and Douglas A. Dubé appearing on behalf of Defendants. Based upon the issued raised by both parties, the Court hereby ORDERS the following:

1.) No one other than Gerald Williams, Daniel Bacalski, and Douglas Dubé are to appear at the April 12, 2006, settlement conference. The Court will not allow the presence of any other person at the settlement conference.

2.) If needed upon the conclusion of April 12th conference, a follow-up settlement conference is scheduled for April 25th at 10:00 a.m. for attorneys Gerald Williams, Daniel Bacalski, and Douglas Dubé only. The Court will determine on April 12th whether the follow-up session is needed.

3.) This matter is set for a settlement conference on May 10, 2006, at 10:00 a.m. where the presence of everyone involved is **required,** including each individual Plaintiff.

**IT IS SO ORDERED.**

Dated: April 5, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2