IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES O BRADLEY, et al.,

    Plaintiff,

vs.

ZENITH CAPITAL LLC, et al.,
    Defendant.

No. C 04-2239 MEJ

**ORDER CLARIFYING THE COURT'S APRIL 5, 2006 ORDER**

During the first negotiation, the Court will focus on **an accounting of Defendant's financial situation**. The Court welcomes anyone who wishes to attend. The Court's intent was to relieve any party who could not contribute to this narrow issue. A further settlement conference is scheduled for May 10th, where the Court **requires** the presence of all parties and will focus on the remaining issues.

Finally, Douglas Dubé is relieved from personally attending the settlement conference so long as Daniel Bacalski is present.

**IT IS SO ORDERED.**

Dated: April 10, 2006

MARIA-ELENA JAMES
United States Magistrate Judge