IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O BRADLEY, et al., | No. C 04-2239 MEJ |
| Plaintiff, | **ORDER VACATING MAY 10, 2006, SETTLEMENT CONFERENCE** |
| vs. | |
| ZENITH CAPITAL LLC, et al., Defendant. | |

At the April 17, 2006, this Court urged Daniel Bacalski to propose to Defendants Tasker, Cooper, and Smith to submit to an abbreviated debtor's exam in order to facilitate settlement. On April 28, 2006, this Court received a letter from Bacalski's office indicating that it is not in their clients best interests to submit to debtor's exam at this time. In light of Defendants reluctance to cooperate with the Court, the Court hereby VACATES the May 10, 2006, settlement conference.

**IT IS SO ORDERED.**

Dated: May 1, 2006

MARIA-ELENA JAMES
United States Magistrate Judge