A. Daniel Bacalski, Jr., Esq.

BACALSKI & OTTOSON, LLP.
402 West Broadway, 24th Floor
San Diego, California 92101
(619) 239-4340

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles O. Bradley Trust, et al. | CASE NUMBER: C 04 2239 JSW (EMC) |
| Plaintiff(s) v. Zenith Capital, LLC., et al. Defendant(s) | SUBSTITUTION OF ATTORNEY |

RICK TASKER
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes  HIMSELF _____ who is

[ ] Retained Counsel  [ ] Court Appointed Counsel  [X] Pro Per   181 CONCOURSE DRIVE, SUITE B
*Street Address*

SANTA ROSA, CA 95403         707-524-5800         707-522-6274
*City, State, Zip Code*       *Telephone Number*   *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of  A. DANIEL BACALSKI, JR.

*Present Attorney*

Dated:  AUGUST 10, 2006

*Signature of Party*

RICK TASKER

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated:  JULY 31, 2006

*Signature of Present Attorney*

A. DANIEL BACALSKI, JR.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____

*Signature of New Attorney*

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated:  AUG 2 8 2006

Jeffrey S White
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                G01