Glendon W. Miskel (SBN 069794)
Gerald L. Williams (SBN 068254)
JOHNSON & MISKEL
2330 Marinship Way, Suite 230
Sausalito, California 94965-2800
Telephone:    415-332-0222
Facsimile:    415-332-1192

Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al, | Case No.: C 04 2239 JSW (EMC) |
| Plaintiffs, | STIPULATION FOR DISMISSAL OF ALBRECHT DEFENDANTS AND ORDER THEREON |
| vs. | |
| ZENITH CAPITAL LLC; et al, | |
| Defendants. | |

The parties to this action hereby stipulate that a dismissal with prejudice as to defendants MARK J. ALBRECHT and MARK J. ALBRECHT ACCOUNTANCY CORPORATION ("Albrecht") may be entered by the Court. This stipulation is made pursuant to and is a part of that certain FULL RELEASE AND SETTLEMENT AGREEMENT executed by plaintiffs herein and defendants Albrecht attached hereto and incorporated herein.

Dated: May 30, 2007                         JOHNSON & MISKEL

_____
Gerald L. Williams
Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST, et al.

**Stipulation to Dismiss Albrecht Defendants**                                         **Page -1-**

BACALSKI & OTTOSON, LLP

Dated: May 31, 2007    ____/s/_____
Daniel Bacalski
Attorneys for Defendants Zenith, Tasker, Cooper, Smith

JENKINS GOODMAN NEUMAN & HAMILTON

Dated: May 30, 2007    ____/s/_____
Farley Neumann
Attorneys for Defendants Albrecht

Dated: June 1, 2007    ____/s/_____
Rick Tasker, Defendant In Propria Persona
181 Concourse Drive, Suite B
Santa Rosa, CA. 95403

IT IS SO ORDERED:

Dated: June 6, 2007    _____
Jeffrey S. White
United States District Judge