1 Glendon W. Miskel (SBN 069794)
Gerald L. Williams (SBN 068254)
2 JOHNSON & MISKEL
2330 Marinship Way, Suite 230
3 Sausalito, California 94965-2800
Telephone: 415-332-0222
4 Facsimile: 415-332-1192

5 Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
6 LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
7 BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
8 RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES O. BRADLEY TRUST, et al, | ) | Case No.: C 04 2239 JSW (EMC) |
|---|---|---|
| Plaintiffs, | ) | STIPULATION FOR LIMITED DISCOVERY BY PLAINTIFFS |
| vs. | ) | |
| ZENITH CAPITAL LLC; et al, | ) | ORDER |
| Defendants. | ) | |

The parties to this action stipulate to a limited reopening of discovery as described herein and request the court to enter an order thereon.

1. Plaintiffs request that each named defendant produce the following documents;

A. Westamerica Bank records (defined as monthly statements, front and rear of canceled checks, deposit slips with all attachments) for account numbers 0404147266 (Zenith Investors One), 040414709 (COM 2001), and 0404145997 (Tristrata Group).

B. All financial statements (defined as balance sheets, profit or loss statements, cash flow statements, retained earnings statements) of TriStrata Inc. and COM2001.

2. Each named defendant shall produce each responsive document in its possession no later than 30 days following filing of this stipulation and order signed by the court.

1    3. After production of the Westamerica Bank records identified in paragraph 1 by defendants, plaintiffs may then serve upon Westamerica Bank a subpoena for production of any documents in the described records which have been lost, destroyed, or are otherwise unavailable to defendants for any reason.

    4. All records acquired by plaintiffs pursuant to this stipulation and order may be used, and are subject to, the same rules as all other discovery in this action, pursuant to the Federal Rules of Civil Procedure, including the duty of "continuing discovery".

    5. All records produced pursuant to this stipulation and order, including all documents produced pursuant to any subpoena, are deemed to be confidential and are subject to the stipulation and order to protect the confidentiality of documents signed by the court on April 7, 2006.

Dated: July 14, 2007

JOHNSON & MISKEL

_____
Gerald L. Williams
Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST, et al.

Dated: July 19, 2007

Bacalski & Ottoson, LLP

_____/s/_____
Douglas A. Dube
Attorneys for ZENITH, Tasker, Cooper, Smith, Chiao Smith

Dated: July 19, 2007

_____/s/_____
Rick Tasker, Defendant In Propria Persona

IT IS SO ORDERED.

Dated: July 23, 2007

Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen