IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES O. BRADLEY TRUST, et al.,

    Plaintiffs,

  v.

ZENITH CAPITAL LLC, et al.,

    Defendants.

                               /

No. C 04-02239 JSW

**ORDER REQUIRING PRETRIAL AND TRIAL SCHEDULE**

On June 22, 2007, the Court held a case management conference in this case. In the minute order issued following that case management conference, the parties were directed to "meet and confer and submit a joint proposed schedule re: pretrial conference and trial, with a proposed order," once Magistrate Judge Chen ruled on a motion to reopen discovery.

On July 23, 2007, Judge Chen approved the parties' stipulation to reopen discovery for limited purposes. Accordingly, the parties are HEREBY ORDERED to submit a proposed pretrial and trial schedule by no later than September 21, 2007.

**IT IS SO ORDERED.**

Dated: August 23, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE