| | |
|---|---|
| 1 | Glendon W. Miskel (SBN 069794) |
| 2 | Gerald L. Williams (SBN 068254)<br>JOHNSON & MISKEL |
| 3 | 2330 Marinship Way, Suite 230<br>Sausalito, California  94965-2800 |
| 4 | Telephone:    415-332-0222<br>Facsimile:     415-332-1192 |

Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al, | Case No.: C 04 2239 JSW (EMC) |
| Plaintiffs, | PLAINTIFFS' ACCEPTANCE OF PRETRIAL AND TRIAL SCHEDULE AND ORDER THEREON |
| vs. | |
| ZENITH CAPITAL LLC; et al, | |
| Defendants. | |

Plaintiffs concur with the proposed trial schedule submitted and filed by defendants on September 26, 2007, that is: (1) expert disclosure on May 12, 2008; final pretrial conference on June 30, 2008; trial July 14, 2008.

Dated: October 5, 2007               JOHNSON & MISKEL

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Jeffrey S. White]*

_____
Gerald L. Williams
Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST, et al.

Dated:  October 15, 2007

Plaintiffs' Acceptance of Pretrial and Trial Schedule                                                    Page -1-