IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES O. BRADLEY TRUST, ET AL.,

    Plaintiffs,                                  No. C 04-02239 JSW

    v.

ZENITH CAPITAL LLC, ET AL.,          **ORDER SETTING SCHEDULE**

    Defendants.

_____/

        This matter is set for a hearing on June 20, 2008 on Defendants' motion for partial summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 9, 2008 and a reply brief shall be filed by no later than May 23, 2008. The hearing on the motion is CONTINUED to July 18, 2008 at 9:00 a.m. Further dispositive motions, if any, shall be filed by no later than May 9, 2008.

        If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

///
///
///
///

1  In addition, because of the late filing of the dispositive motion, the Court must adjust the
2  pretrial and trial schedule.  The pretrial conference is CONTINUED from June 30, 2008 to
3  August 18, 2008 at 2:00 p.m. and the trial is CONTINUED from July 14, 2008 to September 8,
4  2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: April 23, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE