BACALSKI, OTTOSON & DUBÉ LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al., | Case No.: C 04 2239 JSW (ECM) |
| Plaintiffs, | [~~PROPOSED~~] |
| v. | ORDER ON DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF |
| ZENITH CAPITAL LLC, et al., | Courtroom: 2 |
| Defendants. | Judge: Hon. Jeffrey S. White |

Defendants Zenith Capital LLC, Tasker Cooper Smith/Zenith Group LLC, Tasker Cooper Smith/Zenith Group LTD, M. Jed Cooper, M. Gregg Smith, Chiao Smith & Associates Accountancy Corp., Judy Chiao Smith individually, and M. Gregg Smith individually and doing business as CSA Consulting (collectively "Moving Defendants"), and move for administrative relief pursuant to Civil Local Rule 7-11 for the continuance of the deadline to submit expert witness reports.

The Court having considered all the papers and any arguments submitted in support of, and in opposition to, the demurrer, and good cause appearing,

**IT IS ORDERED THAT** the date for expert disclosures required under subdivision (a)(2) of FRCP Rule 26 is continued to July 25, 2008.

IT IS SO ORDERED.

Date: May 5, 2008    BY: _Jeffrey S. White_
Judge of The United States District Court,
Northern District of California