UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al., | Case No.: C 04 2239 JSW (ECM) |
| Plaintiffs, | STIPULATION FOR DEFENDANT RICK LANE TASKER TO JOIN MOTION FOR PARTIAL SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER THEREON |
| v. | |
| ZENITH CAPITAL LLC, et al., | |
| Defendants. | Courtroom: 2<br>Judge: Hon. Jeffrey S. White |

Plaintiffs Charles O. Bradley Trust, Linda L. Bradley Trust, Ken & Sharon Burge Trust, Brad Martin Burge, Scott & Noa L. Dykstra, Ronald C. Hall, and Rental Center Properties, and Defendants Zenith Capital LLC, Tasker Cooper Smith/Zenith Group LLC, Tasker Cooper Smith/Zenith Group LTD, M. Jed Cooper, M. Gregg Smith, Chiao Smith & Associates Accountancy Corp., Judy Chiao Smith, and Rick Lane Tasker, through their respective counsel of record, hereby stipulate to the following:

A. When Defendants Zenith Capital LLC, Tasker Cooper Smith/Zenith Group LLC, Tasker Cooper Smith/Zenith Group LTD, M. Jed Cooper, M. Gregg Smith, Chiao Smith & Associates Accountancy Corp., and Judy Chiao Smith ("Moving Defendants") filed their Motion for Partial Summary Judgment ("Motion") on April 22, 2008, Defendant Rick Lane Tasker was not represented by counsel. Defendant Tasker has since substituted as his attorneys the law firm of Bacalski, Ottoson & Dubé LLC, the same attorneys who filed the Motion on behalf of the Moving Defendants and who now represent all defendants remaining in the case.

B. Good cause exists to allow Defendant Tasker to join in the motion because, if the Court were to find that any of the arguments set forth by Defendants Zenith Capital LLC, Tasker Cooper Smith/Zenith Group LLC, Tasker Cooper Smith/Zenith Group LTD, M. Jed Cooper, and M. Gregg Smith ("Zenith Defendants") in their Motion are well taken, then such arguments would apply equally to Defendant Tasker. Similarly, any arguments presented by Plaintiffs in opposition to the Motion by Zenith Defendants would apply with equal force to Defendant Tasker.

C. Defendant Tasker should be permitted to join in the Motion. Upon the Court's approval of this Stipulation, Rick Lane Tasker shall be deemed to be joined in the Motion.

D. All papers filed by Plaintiffs in opposition to that part of the Motion applicable to the Zenith Defendants, and any arguments allowed by the Court, shall apply in equal force to Rick Lane Tasker. To the extent the date of Rick Lane Tasker's joining in the Motion would be untimely, Plaintiffs waive any objection thereto.

E. It is the intention of the parties to maintain the briefing and hearing schedule as presently set by the Court pursuant to its Order filed on April 23, 2008.

IT IS SO STIPULATED.

By:

Bacalski, Ottoson & Dubé LLC

_[signature]_ 5/6/2008
A. Daniel Bacalski, Esq.      Date
Douglas Dubé, Esq.
Attorneys for Defendants

Johnson & Miskel

_[signature]_      May 6, 2008
Glendon W. Miskel, Esq.      Date
Gerald L. Williams, Esq.
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __May 7__, 2008    BY: _[signature: Jeffrey S. White]_
Judge of The United States District Court,
Northern District of California

K:\ZENITH CASES\Case.BRADLEY\Motions\MSJ\Stip.Joinder of RT.wpd