IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, ET AL., | |
| Plaintiffs, | No. C 04-02239 JSW |
| v. | |
| ZENITH CAPITAL LLC, ET AL., | **ORDER SETTING SCHEDULE** |
| Defendants. | |
| _____ / | |

This matter is set for a hearing on July 18, 2008 on Defendants' motion for partial summary judgment. Due to its current schedule, the Court cannot hear the motion on an expedited basis. The Court had adjusted the pretrial and trial schedule in light of the late filing of the motion. Upon review of the parties' papers submitted with reference to Plaintiff's administrative request to reset dates, the Court CONTINUES the pretrial conference from August 18, 2008 at 2:00 p.m. to October 6, 2008 at 2:00 p.m. and the trial is CONTINUED from September 8, 2008 at 8:30 a.m. to October 27, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: June 3, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE