IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, ET AL., | |
| Plaintiffs, | No. C 04-02239 JSW |
| v. | |
| ZENITH CAPITAL LLC, ET AL., | **ORDER VACATING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for partial summary judgment which has been noticed for hearing on Friday, July 18, 2008 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

Dated: July 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE