UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZENITH CAPITAL LLC, et al., <br><br> Defendants. | Case No.: C 04 2239 JSW (ECM) <br><br> [PROPOSED] ORDER ON NOTICE OF SUBSTITUTION OF ATTORNEY <br><br> Trial Date: October 27, 2008 |

The Court hereby orders that the request of Defendant JUDY CHIAO SMITH and CHIAO SMITH ACCOUNTANCY CORP. to substitute Donald R. Wild, Esq., who is retained counsel, whose address is 120 Montgomery Street, Suite 1000, San Francisco, CA 94104, telephone (415) 837-3101; fax (415) 837-3111; and e-mail address donaldwild@wcandf.com, as attorney of record in place and stead of A. Daniel Bacalski, Jr., Esq., is hereby GRANTED.

DATED: September 12, 2008

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE