**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, ET AL., | |
| Plaintiffs, | No. C 04-02239 JSW |
| v. | |
| ZENITH CAPITAL LLC, ET AL., | **ORDER OF REFERRAL TO MAGISTRATE JAMES FOR FURTHER SETTLEMENT CONFERENCE** |
| Defendants. / | |

    Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a Magistrate Judge Maria-Elena James for the purposes of a further settlement conference on October 20, 2008 at 2:00 p.m.

Dated: September 24, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE