IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES O. BRADLEY TRUST, ET AL.,

    Plaintiffs,      No. C 04-02239 JSW

v.

ZENITH CAPITAL LLC, ET AL.,      **ORDER SETTING BRIEFING**

    Defendants.

    Now before the Court is Plaintiffs' motion to exclude defense witnesses. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 3, 2008 at 12:00 noon.

Dated: October 1, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE