IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES O. BRADLEY TRUST, ET AL.,

    Plaintiffs,

    v.

ZENITH CAPITAL LLC, ET AL.,

    Defendants.

No. C 04-02239 JSW

**ORDER RE MODEL JURY INSTRUCTION 1.12**

    As discussed at the pretrial conference on October 6, 2008, the Court HEREBY ORDERS that the parties file a joint submission either stipulating to the use of the Ninth Circuit's suggested model instruction 1.12 in the conduct of the jury or rejecting the use of such instruction by no later than October 10, 2008.

Dated: October 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE