Glendon W. Miskel, SBN 069794
Gerald L. Williams, SBN 068254
JOHNSON & MISKEL
2330 Marinship Way, Suite 230
Sausalito, California 94965-2800
Telephone:    415-332-0222
Facsimile:    415-332-1192

David B. Bayless, SBN189235
Tammy Albarrán, SBN 215605
Covington & Burling LLP
One Front Street
San Francisco CA 94111
Telephone: 415-591-6000
Facsimile: 415-955-6505

Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al, | Case No.: C 04 2239 JSW (EMC) |
| Plaintiffs, | [PROPOSED] ORDER PERMITTING GRAPHICS EQUIPMENT IN COURT |
| vs. | |
| ZENITH CAPITAL LLC; et al, | Pretrial Conference: Oct. 6, 2008, 2:00 PM |
| Defendants. | Jury Trial: Oct. 27, 2008, 8:30 AM |

Upon application of plaintiffs at the pretrial hearing on October 6, 2008, and good cause appearing, it is ordered that the following equipment may be brought into court for the purposes of graphics display in the above entitled action.

Projector

Screen

Switcher

6 LCD monitors

Document presenter (ELMO)

Speakers and stands

Desktop printer (small - fits under a desk)

Portable scanner

External hard drives

Backup laptop

Cables

Tech table

DATED: ___October 6, 2008_____  _____*Jeffrey S. White*_____

United States District Judge

**JOHNSON & MISKEL**
2030 MARINSHIP WAY
SUITE 230, MARINA OFFICE PLAZA
SAUSALITO, CA 94965-2800
TELEPHONE (415) 332-0222