Glendon W. Miskel, SBN 069794
Gerald L. Williams, SBN 068254
JOHNSON & MISKEL
2330 Marinship Way, Suite 230
Sausalito, California 94965-2800
Telephone: 415-332-0222
Facsimile: 415-332-1192

David B. Bayless, SBN 189235
Tammy Albarrán, SBN 215605
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-955-6091

Attorneys for Plaintiffs
CHARLES O. BRADLEY TRUST,
LINDA L. BRADLEY TRUST,
KEN & SHARON BURGE TRUST,
BRAD MARTIN BURGE,
SCOTT & NOA L. DYKSTRA,
RONALD C. HALL, RENTAL
CENTER PROPERTIES, a California Partnership

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ZENITH CAPITAL LLC, et al.,<br><br>Defendants. | CASE NO. C 04 2239 JSW (EMC)<br><br>[PROPOSED] ORDER ON PLAINTIFFS' REQUEST FOR LEAVE TO FILE AMENDED *REVISED* JOINT PROPOSED JURY INSTRUCTIONS AND [PROPOSED] ORDER<br><br>Jury Trial:<br>Oct. 27, 2008, 8:00 AM |

Plaintiffs request leave to file Amended *Revised* Joint Proposed Jury Instructions on Thursday, October 16, 2008.

The court, having considered Plaintiffs' request, IT IS ORDERED THAT:

The parties file Amended *Revised* Joint Proposed Jury Instructions by Thursday, October 16, 2008.

[PROPOSED] ORDER ON PLAINTIFFS' REQUEST FOR
LEAVE TO FILE AMENDED REVISED JOINT PROPOSED
JURY INSTRUCTIONS AND [PROPOSED] ORDER
CASE NO. C 04 2239 JSW (EMC)

1     The parties shall also deliver the amended filing on a CD in WordPerfect format.

3     DATED: __October 17, 2008__     By:     ___*Jeffrey S. White*___

4                                             Judge of the United States District Court

5                                             Northern District of California

PLAINTIFFS' REQUEST FOR LEAVE TO FILE AMENDED     5
REVISED JOINT PROPOSED JURY INSTRUCTIONS AND
[PROPOSED] ORDER
CASE NO. C 04 2239 JSW (EMC)