1  A. Daniel Bacalski, Jr. (SBN 056488)
   **BACALSKI, OTTOSON & DUBÉ LLP**
2  402 West Broadway, Suite 1150
   Post Office Box 120270
3  San Diego, CA 92112-0270
   (619) 239-4340/FAX: (619) 239-0116
4

5  Attorneys for Defendants Zenith Capital LLC,
   Tasker Cooper Smith/Zenith Group LLC,
6  Tasker Cooper Smith/Zenith Group Ltd.,
   Rick L. Tasker, M. Jed Cooper, M. Gregg Smith
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 | CHARLES O. BRADLEY TRUST, et al., | CASE NO. C 04-02239 JSW |
|---|---|
| Plaintiffs, | STIPULATION FOR VACATION OF JURY SELECTION AND TRIAL DATES AND SETTING OF STATUS CONFERENCE |
| v. | |
| ZENITH CAPITAL, LLC, et al., | |
| Defendants. | |

16      This Stipulation is entered into by and between Defendants Zenith Capital
17 LLC, Tasker Cooper Smith/Zenith Group LLC, Tasker Cooper Smith/Zenith Group Ltd.,
18 Rick L. Tasker, M. Jed Cooper, M. Gregg Smith, Chiao Smith & Associates Accountancy
19 Corp., and Judy Chiao Smith, and Plaintiffs Charles O. Bradley Trust, Linda L. Bradley
20 Trust, Ken & Sharon Burge Trust, Brad Martin Burge, Scott and Noa L. Dykstra, Ronald C.
21 Hall, and Rental Center Properties, by and through their respective counsel of record.
22      Now, therefore, **IT IS HEREBY STIPULATED AND AGREED** that:
23      In light of the settlement of the case, the parties hereby request the court to vacate
24 the jury selection date of October 22, 2008, and the trial date of October 27, 2008.
25      The parties further agree that final dismissal papers shall be filed no later than
26 Wednesday, October 29, 2008.
27 ////
28

Finally, the parties hereby request the court to schedule a status conference for Friday, November 7, 2008, at 1:30 p.m., to be held only in the event the final dismissal papers are not filed as agreed to herein.

Date: 10/21/08

**BACALSKI, OTTOSON & DUBE LLP**

By: _____
A. DANIEL BACALSKI, JR.
Attorneys for Zenith Capital LLC, Tasker Cooper Smith/Zenith Group LLC, Tasker Cooper Smith, Zenith Group Ltd., Rick L. Tasker, M. Jed Cooper, M. Gregg Smith

Date: 10/21/2008

**JOHNSON & MISKEL**

By: _____
Gerald L. Williams
Attorneys for Charles O. Bradley Trust; Linda L. Bradley Trust; Ken & Sharon Burge Trust; Brad Martin Burge, Scott & Noa L. Dykstra; Ronald C. Hall; Rental Center Properties

Date: 10/21/08

**COVINGTON & BURLING**

By: _____
TAMMY ALBARRAN
Attorneys for Charles O. Bradley Trust; Linda L. Bradley Trust; Ken & Sharon Burge Trust; Brad Martin Burge, Scott & Noa L. Dykstra; Ronald C. Hall; Rental Center Properties

Date: 10/21/08

**WILD, CAREY & FIFE**

By: _____
DONALD WILD
Attorney for Chiao Smith & Associates Accountancy Corp. and Judy Chiao Smith

IT IS SO ORDERED
Judge Jeffrey S. White

October 22, 2008

2
STIPULATION FOR VACATION OF JURY SELECTION AND TRIAL DATES
AND SETTING OF STATUS CONFERENCE