1  Glendon W. Miskel, SBN 069794
   Gerald L. Williams, SBN 068254
2  JOHNSON & MISKEL
   2330 Marinship Way, Suite 230
3  Sausalito, California 94965-2800
   Telephone:   415-332-0222
4  Facsimile:    415-332-1192

5  David B. Bayless, SBN189235
   Tammy Albarrán, SBN 215605
6  Covington & Burling LLP
   One Front Street
7  San Francisco CA 94111
   Telephone: 415-591-6000
8  Facsimile: 415-955-6505

9  Attorneys for Plaintiffs
   CHARLES O. BRADLEY TRUST,
10 LINDA L. BRADLEY TRUST,
   KEN & SHARON BURGE TRUST,
11 BRAD MARTIN BURGE,
   SCOTT & NOA L. DYKSTRA,
12 RONALD C. HALL, RENTAL
   CENTER PROPERTIES, a California Partnership,

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | CHARLES O. BRADLEY TRUST, et al,        )  Case No.: C 04 2239 JSW (EMC)
                                             )
18 |              Plaintiffs,                )  STIPULATION FOR DISMISSAL
                                             )  AND
19 | vs.                                     )  [PROPOSED]
                                             )  ORDER OF DISMISSAL
20 | ZENITH CAPITAL LLC; et al,              )
                                             )
21 |              Defendants.                )
                                             )
22 |_____)

23         All parties to this action stipulate to the entry of an order of dismissal as follows:

24         1. This Stipulation for Dismissal is made and entered into between and among plaintiffs

25  CHARLES O. BRADLEY TRUST, LINDA L. BRADLEY TRUST, KENNETH M. &

26  SHARON L. BURGE TRUST, BRADLEY MARTIN BURGE, SCOTT & NOA L. DYKSTRA,

27  RONALD C. HALL and RENTAL CENTER PROPERTIES, A CALIFORNIA PARTNERSHIP

28  ("Plaintiffs"), for themselves and for each of their agents, representatives, successors, assigns,

1  heirs and employees; and defendants ZENITH CAPITAL LLC; TASKER COOPER
2  SMITH/ZENITH GROUP LLC; RICK LANE TASKER, (aka Rick Tasker); MARTEL JED
3  COOPER (aka Jed Cooper); M. GREGORY SMITH (aka Greg Smith and Michael Gregory
4  Smith) individually and doing business as CSA CONSULTING; JUDY C. SMITH (aka Judy
5  Chiao Smith aka Judy Smith) individually and doing business as CSA CONSULTING; CHIAO
6  SMITH & ASSOCIATES ACCOUNTANCY CORPORATION, a California Corporation, for
7  himself and for each of his agents, representatives, successors, assigns and heirs (collectively
8  "PARTIES"), as of this 20th day of October, 2008.

9  2. The PARTIES have executed concurrently herewith a complete and final compromise
10 and settlement and a mutual release of all claims between the PARTIES arising from the
11 disagreements, controversies, and allegations contained in, related to, or which may arise out of
12 this action ("AGREEMENT").

13 3. This stipulation is made pursuant to and is a part of the AGREEMENT. The
14 AGREEMENT is incorporated herein as a part of this Stipulation.

15 4. The Court shall retain jurisdiction for the purpose of enforcement of the
16 AGREEMENT and this Stipulation.

17 5. A dismissal with prejudice of this action may be entered by the Court.

18 Dated: October 29, 2008                    JOHNSON & MISKEL

20                                           Gerald L. Williams
21                                           Attorneys for Plaintiffs

22 Dated: October 29, 2008                   BACALSKI, OTTOSON & DUBÉ LLP

24                                           A. Daniel Bacalski, Jr.
25                                           Attorneys for Defendants Zenith Capital LLC,
                                             Tasker Cooper Smith, Zenith Group, LLC; Rick
26                                           Tasker, Jed Cooper, Gregg Smith individually and
                                             dba CSA Consulting,

SUITE 230, MARINA OFFICE PLAZA
SAUSALITO, CA 94965-2800
TELEPHONE (415) 332-0222

1  Dated: October 24, 2008        WILD, CAREY & FIFE

                                   _____
3                                  Donald R. Wild
                                   Attorneys for Defendants Judy Chiao Smith
4                                  individually and dba CSA Consulting, Chiao Smith
                                   & Associates Accountancy Corporation

5  IT IS SO ORDERED

7  DATED: October 30, 2008
                                   _____
                                   UNITED STATES DISTRICT JUDGE

SUITE 230, MARINA OFFICE PLAZA
SAUSALITO, CA 94965-2800
TELEPHONE (415) 332-0222