UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O. BRADLEY TRUST, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ZENITH CAPITAL LLC, et al.,<br><br>  Defendants. | Case No.:   C 04 2239 JSW (EMC)<br><br>[~~PROPOSED~~] ORDER DETERMINING GOOD FAITH SETTLEMENT |

The application of defendants Zenith Capital, LLC, Tasker Cooper Smith/Zenith Group, LLC, M. Jed Cooper, M. Gregory Smith, and Rick L. Tasker (collectively "Settling Defendants") for a determination that the settlement between Settling Defendants and Plaintiffs was in good faith, and for an order barring all potential claims for indemnification, contribution and apportionment of fault against Settling Defendants for equitable comparative contribution or partial or comparative implied or equitable indemnity based on comparative negligence or comparative fault, came on for hearing on January 16, 2009.

It appearing to the satisfaction of this Court that the Application was properly made pursuant to all of the applicable provisions of California Code of Civil Procedure section 877.6, and good cause appearing, the Court finds that the settlement between Plaintiffs and

BACALSKI, OTTOSON & DUBÉ LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340

[~~PROPOSED~~] ORDER DETERMINING GOOD FAITH SETTLEMENT

Page 1
C 04 2239 JSW (EMC)

1  Settling Defendants was made in good faith between and among the parties to the
2  agreement, within the meaning and effect of California Code of Civil Procedure section
3  877.6.  The hearing on this motion, set for January 16, 2009 is HEREBY VACATED.
4
5  **IT IS SO ORDERED.**
6
7  DATED: _____January 12, 2009_____, ~~2008~~            /s/ Jeffrey S. White
                                                            Judge of the United States District Court
8
9
10
11
12
13  K:\ZENITH CASES\Case.BRADLEY\Motion 4 GFS\GFS Proposed order.wpd
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BACALSKI, OTTOSON & DUBÉ LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340

~~[PROPOSED]~~ ORDER DETERMINING GOOD FAITH SETTLEMENT

Page 2
C 04 2239 JSW (EMC)