IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O BRADLEY, et al., | No. C 04-2239 MEJ |
| Plaintiff, | **NOTICE OF REFERENCE** |
| vs. | |
| ZENITH CAPITAL LLC, et al., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's pending Motion to Enforce Settlement. (Dkt. #379.) Accordingly, the Court shall conduct a hearing on April 16, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiff's motion by March 26, 2009, and Plaintiff shall file any reply by April 2, 2009.

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document

1 with the Clerk's Office that has already been filed electronically.

2     Plaintiff shall serve this order upon all other parties in this action.  Please contact the

3 Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

4     **IT IS SO ORDERED.**

6 Dated: February 26, 2009

7                                          MARIA-ELENA JAMES
                                         United States Magistrate Judge

**United States District Court**
For the Northern District of California

2