IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES O BRADLEY, et al., | No. C 04-2239 MEJ |
| Plaintiff, | **ORDER RE: PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT** |
| vs. | |
| ZENITH CAPITAL LLC, et al., Defendant. / | |

On February 26, 2009, the Court scheduled a hearing on Plaintiffs' Motion to Enforce Settlement Agreement. (Dkt. #383.) However, upon review of Plaintiffs' motion, it appears that the relief sought therein might be in the form of a stipulated request, thereby obviating the need for further briefing and a hearing. Accordingly, the Court hereby ORDERS as follows:

1) If all parties are in agreement as to Plaintiffs' request to file and record a stipulated judgment in this matter, they shall file a stipulated request that the Court enter the judgment, along with proposed judgment.

2) If the parties are not in agreement as to Plaintiffs' request but they agree that a further settlement conference might avoid the need for further briefing and a hearing, they shall file a joint request to appear for a further settlement conference before the undersigned magistrate judge.

3) If the parties are not in agreement as to Plaintiffs' request, and they do not agree that a further settlement conference would be beneficial, they shall file a joint statement requesting that the Court proceed as scheduled in the February 26, 2009 Notice.

The parties shall inform the Court of their decision by March 12, 2009

**IT IS SO ORDERED.**

Dated: February 27, 2009

MARIA-ELENA JAMES
United States Magistrate Judge